UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL WILLIAM JONES,

    Plaintiff,

vs.                              CASE NO. 5:08cv27/RS/AK

DENNIS LEE, et al.,

    Defendant.

_____/

## ORDER

Before me are Motion for Summary Judgment of Defendants Tate, Harrison and French in their Individual Capacity with Incorporated Memorandum of Law (Doc. 39) and Defendant Sheriff's Motion for Summary Judgment with Incorporated Memorandum of Law (Doc. 46).  Under the Rule 56(c) of the Federal Rules of Civil Procedure, summary judgment should be granted when there is no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law.  Fed. R. Civ. P. 56(c).

Here, I find there is a genuine issue as to material facts.  Motion for Summary Judgment of Defendants Tate, Harrison and French in their Individual Capacity with Incorporated Memorandum of Law (Doc. 39) is **DENIED**.

Defendant Sheriff's Motion for Summary Judgment with Incorporated Memorandum of Law (Doc. 46) is **DENIED**.

**ORDERED** on September 15, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**